# UNITED STATE DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
### STATESVILLE DIVISION

| | |
|---|---|
| GREGORY WOOD PRODUCTS, INC., ) | |
| *Plaintiff,* ) | |
| ) | Case No. 5:06-CV-00087 |
| v. ) | |
| ) | Richard L. Voorhees, Judge |
| ADVANCED SAWMILL MACHINERY ) | David C. Keesler, Magistrate |
| EQUIPMENT, INC. ) | |
| *Defendant.* ) | |
| ) | |

## CONSENT ORDER GRANTING MOTION TO AMEND COMPLAINT

With the consent of the parties hereto and based on good cause having been shown and in the discretion of the undersigned, it is hereby ORDERED, pursuant to Rules 15(a) of the Fed. R. Civ. Proc., that Plaintiff is hereby allowed to amend its Complaint as set forth in the Amended Complaint attached hereto as Exhibit "A", such amendment relating back to the date of the original pleading pursuant to Rule 15(c) of the Fed. R. Civ. Proc. It is hereby further ORDERED that the Defendant shall serve an Answer to the Amended Complaint within 30 days of the date of this Order.

Signed: November 3, 2006

_____
David C. Keesler
United States Magistrate Judge

136074.1

We consent:


     /s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr., Attorney for Plaintiff


     /s/ Michael P. Thomas
Michael P. Thomas, Attorney for Defendant