UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | | |
|---|---|---|
| GREGORY WOOD PRODUCTS, INC., | ) | |
| *Plaintiff,* | ) | |
| | ) | Case No. 5:06-cv-00087 |
| v. | ) | |
| | ) | Richard L. Voorhees, Judge |
| ADVANCED SAWMILL MACHINERY | ) | David C. Keesler, Magistrate |
| EQUIPMENT, INC. | ) | |
| *Defendant.* | ) | |
| | ) | |

## STIPULATION GRANTING EXTENSION OF TIME

COME NOW the parties, by and through their respective counsel, and stipulate and agree as follows:

1. The time in which the Plaintiff is to reply to the Amended Counterclaims of the Defendant is extended and enlarged to and including Friday, December 29, 2006.

2. The time in which the Plaintiff is to file its response to the Defendant's Motion to Dismiss is extended and enlarged to and including Friday, December 29, 2006.

3. The time in which the Defendant is to file its reply to the response of the Plaintiff to the Defendant's Motion to Dismiss is extended and enlarged to and including Friday, January 12, 2007.

This the 1st day of December, 2006.

    /s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr.
Attorney for Plaintiff

    /s/ Michael P. Thomas
Michael P. Thomas
Attorney for Defendant

SO ORDERED.

Signed: December 5, 2006

David C. Keesler
United States Magistrate Judge

134116.1