UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CASE NO. 5:06-cv-00087

| | |
|---|---|
| GREGORY WOOD PRODUCTS, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| ADVANCED SAWMILL MACHINERY EQUIPMENT, INC., | ) ) |
| | ) |
| Defendant. | ) |

## STIPULATION GRANTING EXTENSION OF TIME

COME NOW the parties, by and through their respective counsel, and stipulate and agree as follows:

1. The time in which the Plaintiff has to provide supplemental responses to Defendant's First Set of Interrogatories and Request for Production of Documents is extended through and including March 15, 2007.

2. The time in which the Defendant has to provide its Expert Disclosures pursuant to the Pre-Trial Order and Case Management Plan is extended and enlarged to and including Monday, April 23, 2007.

This the 8th day of March, 2007.

/s/ Jimmy R. Summerlin, Jr.
Jimmy R. Summerlin, Jr.
Attorney for Plaintiff

/s/ Michael P. Thomas
Michael P. Thomas
Attorney for Defendant

**SO ORDERED.**

Signed: March 8, 2007

David C. Keesler
United States Magistrate Judge