## UNITED STATE DISTRICT COURT
## WESTERN DISTRICT OF NORTH CAROLINA
## STATESVILLE DIVISION

|  |  |  |
|---|---|---|
| | ) | |
| **GREGORY WOOD PRODUCTS, INC.,** | | |
| *Plaintiff,* | ) | |
| | ) | **Case No. 5:06-cv-00087** |
| **v.** | ) | |
| | ) | **Richard L. Voorhees, Judge** |
| **ADVANCED SAWMILL MACHINERY** | ) | **David C. Keesler, Magistrate** |
| **EQUIPMENT, INC.** | ) | |
| *Defendant.* | ) | |
| | ) | |

## CONSENT ORDER STAYING DISCOVERY

THIS MATTER is before this Court upon the joint motion of the Plaintiff, Gregory Wood Products, Inc. and the Defendant, Advanced Sawmill Machinery Equipment, Inc., pursuant to Rules 16 and 26 of the Rules of Civil Procedure and Local Rule 7.1 for an Order staying further discovery in this matter until a ruling on the pending Motion to Dismiss the Plaintiff's Amended Complaint. The court finds that a stay of further discovery in this matter until such time as a ruling is made on the Defendant's motion to dismiss could, depending on the Court's ruling, avoid possibly unnecessary expenditure of resources – both for the parties and the court. Therefore, the court, in its discretion and in the interests of justice, finds that a stay of all further discovery in this matter is justified until a ruling on this Motion to Dismiss. Upon a ruling on the pending Motion to Dismiss, the parties, through their attorneys, will consult again pursuant to Rule 26(f). The parties will submit a revised proposed schedule for completion of discovery within 10 days of such ruling.

**IT IS SO ORDERED.**

Signed: April 12, 2007

David C. Keesler
United States Magistrate Judge