**UNITED STATE DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**STATESVILLE DIVISION**
**CIVIL ACTION NO. 5:06-cv-00087**

|  |  |  |
|---|---|---|
|  | ) |  |
| **GREGORY WOOD PRODUCTS, INC.,** | ) |  |
| *Plaintiff,* | ) |  |
|  | ) |  |
| **v.** | ) | **PROTECTIVE ORDER** |
|  | ) |  |
| **ADVANCED SAWMILL MACHINERY** | ) |  |
| **EQUIPMENT, INC.** | ) |  |
| *Defendant.* | ) |  |
|  | ) |  |

THIS MATTER came before this Court on August 30, 2007 upon the oral motion of

Defendant, Advanced Sawmill Machinery Equipment, Inc. (ASM), for a protective order pursuant

to Rule 26(c)(5) to exclude persons from a deposition, and the Court, having heard the arguments

of counsel via telephone conference, found that Cecil Gregory and Steve Randall are employees

of the Plaintiff, and both had depositions noticed for August 30, 2007, and that, due to the

specific nature of the claims alleged by the Plaintiff in this case – specifically the existence of an

oral contract with certain terms – it is and was in the interest of justice to prohibit Cecil Gregory

and Steve Randall from being present at each others depositions, the court ordered that each

should be excluded from the other's deposition.

IT WAS SO ORDERED.

Signed: September 10, 2007

David C. Keesler
United States Magistrate Judge